UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UN4 PRODUCTIONS, INC.,

    Plaintiff,

    v.

DOES 1 - 14,

    Defendants.

Case No. C17-0892RSL

ORDER

This matter comes before the Court on a letter from Nicholas Kambale. Dkt. # 9. Mr. Kambale apparently notified Comcast, his internet service provider, that he objected to the release of his contact information. His subsequent letter to the Court indicates that he is unsure how to proceed in this matter. He does not, however, state any valid grounds on which to quash the subpoena.

To the extent Mr. Kambale is objecting to the release of his contact information, the objection is overruled. Plaintiff alleges that a person associated with Mr. Kambale's IP address violated the copyright laws by copying a motion picture, *Boyko Undisputed 4*. In order to pursue this litigation, plaintiff needs to be able to serve the alleged infringers with the complaint and summons. The information sought from Comcast will allow it to do that, at which point Mr. Kambale can present any defenses he may have or may attempt to negotiate a settlement of the claims against him.

ORDER - 1

1   The Clerk of Court is directed to mail copies of this Order and plaintiff's
2   opposition to Mr. Kambale at the address listed in Dkt. # 10.

4   Dated this 4th day of August, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 2