UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UN4 PRODUCTIONS, INC.,

    Plaintiff,

    v.

LIBAN HARO, *et al.*,

    Defendants.

Case No. C17-0892RSL

ORDER

On October 6, 2017, attorney Eric J. Harrison filed a "Notice of Intent to Withdraw as Counsel of Record" for defendant Liban Haro in the above-captioned matter. Dkt. # 36. Pursuant to LCR 83.2(b)(1), "no attorney shall withdraw an appearance in any cause, civil or criminal, except by leave of court." Contrary to the requirements of that rule, counsel has not filed a stipulation or motion for withdrawal, nor has he certified that a copy of the motion was served on the client. Accordingly, the notice of intent to withdraw as counsel is hereby STRICKEN. Mr. Harrison remains counsel of record unless and until the Court grants leave to withdraw.

Dated this 19th day of October, 2017.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER - 1